**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6724**

_____

JAMES R. VAUGHTER,

         Plaintiff - Appellant,

     v.

LIEUTENANT R. VAUGHN; SERGEANT ANDREWS; OFC. MOBLEY; LIEUTENANT ADLAN; JOHN DOE; JOHN DOES; JANE DOES; DR. M. CLARKE; JANE DOES, Medical Providers/Nurses; MAJOR BOOKER, Chief of Security at SFCC; GONZALEZ, Hearings Officer at SFCC; GARY JONES, Warden at SFCC; TARRA JOHNSON, Chief of Housing at SFCC; T. ROWLEY,

         Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jamar Kentrell Walker, District Judge. (2:24-cv-00377-JKW-DEM)

_____

Submitted: December 2, 2024            Decided: December 17, 2024

_____

Before NIEMEYER, QUATTLEBAUM, and BERNER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

James R. Vaughter, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James R. Vaughter seeks to appeal the district court's order denying his motion for the appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Vaughter seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Vaughter's request for counsel and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
